# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RASHIDA MANUEL, | : | Case No. 1:19-cv-616 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | |
| | : | |
| UNIVERSITY OF CINCINNATI, | : | |
| Defendant. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS (DOC. 16) AND DENYING MOTIONS TO DISMISS (DOCS. 4, 8, 11) AS MOOT**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 16), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, and no such objections have been filed, the Court hereby **ADOPTS** the Report and Recommendations in its entirety. Accordingly, the Court **DENIES** Defendant's Motions to Dismiss (Docs. 4, 8, 11) as moot.

**IT IS SO ORDERED.**

By: *[signature]*
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE